UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARCO HUDSON,<br><br>             Plaintiff,<br>      v.<br>LANCASTER STATE PRISON, et al.<br><br>             Defendants. | No. CV 05-8397 SJO (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed with prejudice.

DATED:  December 4, 2009

_____
S. JAMES OTERO
United States District Judge